Baldwin *v.* Jessup & Antrim Ice Cream Co.—83 Ind. App. 734.

## PRIEST *v.* HERRING.

[No. 12,399.    Filed November 5, 1925.]

From LaPorte Circuit Court; *John C. Richter,* Judge.

Action between William Priest and Julius J. Herring. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Fred R. Leddell,* for appellant.
*Bruce B. Loring,* and *Sallwasser & Sallwasser,* for appellee.

REMY, C. J.—Affirmed on authority of *Rook* v. *Straus Bros. Co.* (1916), 60 Ind. App. 381, 110 N. E. 1006.

---

## STATE AUTOMOBILE INSURANCE ASSOCIATION ET AL. *v.* ELLINGWOOD ET AL.

[No. 12,109.    Filed November 6, 1925.]

From Hamilton Circuit Court; *Fred E. Hines,* Judge.

Action between the State Automobile Insurance Association and others and Mamie Ellingwood and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*Fenton, Steers, Herbst & Klee, Gentry, Cloe & Campbell* and *Kemp, Kemp & Russell,* for appellants.
*Ellison & Neff* and *Thomas E. Kane,* for appellees.

PER CURIAM.—Judgment affirmed.

---

## BALDWIN *v.* JESSUP AND ANTRIM ICE CREAM COMPANY.

[No. 12,441.    Filed November 17, 1925.]

From Industrial Board of Indiana.

Proceeding under the Workmen's Compensation Act between George Baldwin and the Jessup and Antrim Ice Cream Company. From the award rendered, the former appeals. *Affirmed.* By the court in banc.

*P. J. Kelleher* and *Felt & Forney,* for appellant.
*James E. Rocap* and *John J. McShane,* for appellee.

PER CURIAM.—Judgment affirmed.